# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 140 EM 2014
:
                Respondent       :
:
:
:
             v.              :
:
:
:
ANWAR S. ALI,            :
:
                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Review is **DENIED**.